COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
KELLEY B. HARRINGTON (316364) (kharrington@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Plaintiff
SUTTER HILL VENTURES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTER HILL VENTURES, a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER ROCK CAPITAL CORP., a Maryland Corporation,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114;**<br><br>**(2) UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125;**<br><br>**(3) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200, *ET SEQ.*; AND**<br><br>**(4) COMMON LAW TRADEMARK INFRINGEMENT**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

Plaintiff Sutter Hill Ventures ("Plaintiff" or "Sutter Hill") complains and alleges against Sutter Rock Capital Corp. ("Defendant") as follows:

## THE PARTIES

1.      This is an action for infringement of Plaintiff's federally-registered service mark SUTTER HILL VENTURES® (U.S. Registration Nos. 3,355,261 and 3,355,262) under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1); unfair competition and false designation of origin in violation of Plaintiff's rights in the marks SUTTER HILL and SUTTER HILL VENTURES® ("Plaintiff's Marks") under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); substantial and related claims of unfair competition under Cal. Bus. & Prof. Code § 17200 *et seq.*, and trademark infringement under California common law.

2.      Plaintiff Sutter Hill Ventures is a limited partnership organized under the laws of the state of California with its principal place of business at 755 Page Mill Road, Bldg. A-200, Palo Alto, CA 94304.

3.      On information and belief, Defendant Sutter Rock Capital Corp. is a corporation organized under the laws of the state of Maryland with its principal place of business at One Sansome Street, Suite 730, San Francisco, CA 94104.

## JURISDICTION, VENUE, AND INTRADISTRICT ASSIGNMENT

4.      This action arises under the federal trademark statute (the "Lanham Act"), 15 U.S.C. § 1051 *et seq.*

5.      This Court has original subject matter jurisdiction over the federal claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

6.      All other claims asserted in this action arise out of the same transaction or occurrence, so that this Court has supplemental jurisdiction over all additional claims asserted in this case under 28 U.S.C. § 1367(a).

7.      This Court has personal jurisdiction over Defendant by virtue of the fact that it is headquartered in San Francisco, California, within this judicial district, and regularly conducts business, including advertising, offering to sell, and selling its services in this district and elsewhere in the United States.  Further, Defendant's wrongful acts complained of herein took

1   place, and have caused injury to Plaintiff, within this judicial district.

2   **8.**      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c)

3   because (I) Defendant conducts business within the State of California and this judicial district;

4   (ii) Defendant has caused services to be advertised, promoted, and sold under the confusingly

5   similar SUTTER ROCK and SUTTER ROCK CAPITAL marks in the State of California and this

6   judicial district; (iii) the causes of action asserted in this Complaint arise out of Defendant's

7   contacts within the State of California and this judicial district; and (iv) Defendant has caused

8   tortious injury to Plaintiff in the State of California and this judicial district.

9   **9.**      This is an Intellectual Property Action to be assigned on a district-wide basis

10  pursuant to Civil L.R. 3-2(c).

## FACTUAL BACKGROUND

### PLAINTIFF'S BUSINESS AND THE SUTTER HILL VENTURES® MARK

13  **10.**     Plaintiff is a leading private equity firm focused on venture capital investments in

14  start-up, early-stage, and later-stage high-growth companies.  Established in 1962 as part of Sutter

15  Hill Company in Silicon Valley (long before the region was even known by that name) and joined

16  by venture capital legends Paul M. Wythes and William H. Draper III in 1964 and 1965,

17  respectively, Plaintiff is one of the oldest venture capital firms still in operation, using the SUTTER

18  HILL name for venture capital services since the 1960s and the SUTTER HILL VENTURES name

19  since 1970.   Plaintiff's investments are focused in the technology, healthcare, software,

20  semiconductor, telecommunication and consumer sectors.  Plaintiff has helped build successful

21  companies by guiding them from start-up through financings, investments, initial public offerings,

22  and acquisitions for over six decades.  Indeed, Plaintiff has invested in more than 300 companies

23  since its inception, with successful exits in public portfolio companies including Aruba Networks,

24  Portola Pharmaceuticals, Inc., Smartsheet Inc., Pure Storage, Inc., Yext, Inc., Corcept Therapeutics

25  Inc., Quinstreet, Inc., Shutterfly, Inc., Data Domain Corporation, Forty Seven, Inc., and Nvidia

26  Corporation.  Plaintiff's current portfolio includes companies such as Snowflake, Inc., Clumio,

27  Sila, Lacework, Vlocity, and Grail, and Plaintiff has over $1 billion dollars in assets under

28  management.  By providing a variety of venture capital, financial advisory, and business advisory

services to companies and entrepreneurs, Plaintiff has created a highly favorable reputation and substantial goodwill in Plaintiff's Marks.

11.     On December 18, 2007 the United States Patent and Trademark Office ("USPTO") issued United States Service Mark Registration Nos. 3,355,261 and 3,355,262 for the word mark SUTTER HILL VENTURES®, for "venture capital services, namely, providing financing to companies and entrepreneurs; providing financial advisory services to companies and entrepreneurs; forming capital investment funds to invest in companies and entrepreneurs, managing capital investment funds" in International Class 36 and "strategic advisory services relating to business management and business operations" in International Class 35, respectively. Those registrations are in full force and effect and incontestable within the meaning of Section 15 of the Lanham Act, 15 U.S.C. § 1065.

12.     The filing date of the applications that matured into Plaintiff's U.S. Registration Nos. 3,355,261 and 3,355,262 (collectively, the "Sutter Hill Registrations") is March 8, 2007, giving Plaintiff constructive nationwide use of the SUTTER HILL VENTURES® mark and priority over others as of that date.

13.     True and correct copies of the Sutter Hill Registrations and printouts from the USPTO records showing the status and title of each Registration as of March 12, 2020 are attached hereto as **Exhibit A** and incorporated by reference as though fully set forth herein.

14.     Plaintiff has devoted substantial time, effort, and resources to the development and promotion of Plaintiff's Marks and the services offered thereunder.  Over the years, Plaintiff has enjoyed unsolicited media coverage, including by *The Wall Street Journal, TechCrunch, Fortune*, *Yahoo! Finance*, *Seeking Alpha*, *The Mercury News* and *Silicon Valley Business Journal*.  As a result of Plaintiff's efforts and the quality of services offered under its marks, customers and prospective customers for venture capital, financial advisory, business advisory, and related services (including investors, companies, entrepreneurs, and others within the venture capital ecosystem—e.g., engineers, marketing executives, and product development executives) have come to recognize and rely upon Plaintiff's Marks as indications of quality.  Plaintiff's Marks enjoy substantial goodwill in the relevant marketplace and are valuable assets of Plaintiff.

**DEFENDANT'S INFRINGING USE OF SUTTER ROCK AND SUTTER ROCK CAPITAL**

15.     On information and belief, Defendant began using the infringing names SUTTER ROCK and SUTTER ROCK CAPITAL to provide venture capital services or related services long after Plaintiff began using and attained widespread recognition under the SUTTER HILL and SUTTER HILL VENTURES® marks.  According to Maryland state records, Defendant was originally organized under the name "GSV Capital Corp." on or about September 17, 2010, but formally changed its name to "Sutter Rock Capital Corp." on or about July 30, 2019.

16.     On information and belief, Defendant continues to hold itself out as and render services under the names SUTTER ROCK and SUTTER ROCK CAPITAL.  For instance, in a September 3, 2019 press release, Defendant referred to itself as both "Sutter Rock" and "Sutter Rock Capital."  A true and correct copy of this press release, accessed on March 12, 2020 at the URL address investors.sutterrock.com/node/9976/pdf is attached hereto as **Exhibit B** and incorporated by reference.

17.     Defendant provides venture capital and related investment services under the SUTTER ROCK and SUTTER ROCK CAPITAL marks that are the same as or closely related to the services offered by Plaintiff under its SUTTER HILL and SUTTER HILL VENTURES® marks.

18.     As indicated in a July 31, 2019 press release, Defendant "seeks to invest in high-growth, venture-backed private companies"—the very same type of companies Plaintiff invests in. A true and correct copy of this press release, accessed on March 12, 2020 at the URL address investors.sutterrock.com/node/9926/pdf is attached hereto as **Exhibit C** and incorporated by reference.  Similarly, in its September 3, 2019 press release (Ex. B), Defendant's Chief Executive Officer, Mark Klein, expressed eager anticipation about the company's re-branding from "GSV Capital Corp." to "Sutter Rock Capital Corp." as Defendant "continue[s] to manage [its] current investments in market-leading companies"—again, the very same type of companies Defendant invests in.

19.     According to Defendant's September 3, 2019 press release (Ex. B) and the Sutter Rock Portfolio page of Defendant's website at the URL address sutterrock.com/portfolio, accessed

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**COMPLAINT**

on March 12, 2020, attached as **Exhibit D** hereto, and incorporated by reference, Defendant has invested in a number of companies headquartered in San Francisco, California (Dropbox Inc., Nextdoor, Lyft, Inc., and Lime) and Silicon Valley (Course Hero, curious.com, Palantir, and Coursera), where Plaintiff is headquartered and frequently does business.

20. On information and belief, Defendant's use of the SUTTER ROCK and SUTTER ROCK CAPITAL marks to provide competing services in overlapping geographies and markets has already caused actual trademark confusion. For example, on information and belief, an individual in the financial industry who was already familiar with Plaintiff and aware of its excellent reputation in the venture capital field saw an online posting for an "investment associate" position with Sutter Rock Capital. On or about January 27, 2020, thinking the posting was for a position with Plaintiff, he emailed Plaintiff to apply, not realizing that the posting was actually for a position with different company—Defendant Sutter Rock Capital.

21. On January 31, 2020, Plaintiff sent a cease and desist letter to Defendant, noting the Sutter Hill Registrations and pointing out that Defendant's use of marks confusingly similar to SUTTER HILL VENTURES® violates Plaintiff's trademark rights. The January 31, 2020 letter gave Defendant actual notice of Plaintiff's federally registered service marks and demanded that Defendant immediately begin transitioning to a new name that is not confusingly similar to Plaintiff's mark.

22. Despite being put on notice of its infringement, Defendant has refused to comply with Plaintiff's demands that it cease and desist from infringing Plaintiff's Marks and has continued to engage in its infringing activity.

23. The SUTTER ROCK and SUTTER ROCK CAPITAL marks, as used by Defendant are highly similar in appearance, sound, and meaning to Plaintiff's marks SUTTER HILL and SUTTER HILL VENTURES®.

24. Defendant's use of SUTTER ROCK and SUTTER ROCK CAPITAL described herein is likely to cause, and already has caused, confusion with Plaintiff in the marketplace and infringes Plaintiff's valuable rights in Plaintiff's Marks.

25. Plaintiff is not affiliated with Defendant. Plaintiff has not consented to, sponsored,

endorsed, or approved of Defendant's use of the marks SUTTER ROCK and SUTTER ROCK CAPITAL in connection with the marketing, sale, or provision of any products or services.

**26.** Plaintiff is informed and believes, and on that basis alleges, that Defendant's actions are willful and reflect an intent to confuse consumers and to profit from the goodwill and consumer recognition associated with Plaintiff and Plaintiff's Marks.

## **FIRST CAUSE OF ACTION**

### **FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**

**27.** Plaintiff realleges and incorporates by reference paragraphs 1 through 26 of this Complaint as if fully set forth herein.

**28.** SUTTER HILL VENTURES® is an inherently distinctive, strong, valid, and protectable incontestable registered service mark owned by Plaintiff.

**29.** Plaintiff is informed and believes, and on that basis alleges, that Defendant has marketed and rendered in commerce venture capital, financial advisory, and business advisory services, or related services, under the SUTTER ROCK and SUTTER ROCK CAPITAL marks, which are highly similar to the SUTTER HILL VENTURES® mark.

**30.** Defendant's use of the SUTTER ROCK and SUTTER ROCK CAPITAL marks in connection with its venture capital, financial advisory, and business advisory services, or related services, is likely to cause confusion, mistake, or deception as to the source or sponsorship of the services and/or is likely to lead the consuming public to believe that Plaintiff has authorized, approved, or somehow sponsored Defendant's services.

**31.** The actions of Defendant described above, and specifically, without limitation, Defendant's use of the terms SUTTER ROCK and SUTTER ROCK CAPITAL in connection with its services, constitutes trademark infringement in violation of 15 U.S.C. § 1114.

**32.** Plaintiff has been, and will continue to be, damaged and irreparably harmed by the actions of Defendant, which will continue unless Defendant is enjoined by this Court. Plaintiff has no adequate remedy at law in that the amount of damage to Plaintiff's business and reputation and the diminution of the goodwill of the SUTTER HILL VENTURES® mark is difficult to

ascertain with specificity.  Plaintiff is therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

33.     Plaintiff is entitled to recover damages in an amount to be determined at trial and the profits made by Defendant in the rendering of services through Defendant's use of the terms SUTTER ROCK and SUTTER ROCK CAPITAL in the United States.  Furthermore, Plaintiff is informed and believes, and on that basis alleges, that the actions of Defendant were undertaken willfully and with the intention of causing confusion, mistake, and deception, making this an exceptional case entitling Plaintiff to recover treble damages, reasonable attorneys' fees, and costs pursuant to 15 U.S.C. § 1117, as well as prejudgment interest.

## SECOND CAUSE OF ACTION

### FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125)

34.     Plaintiff realleges and incorporates by reference paragraphs 1 through 33 of this Complaint as if fully set forth herein.

35.     Defendant has used in commerce and without Plaintiff's authorization or consent the terms SUTTER ROCK and SUTTER ROCK CAPITAL, which are highly similar to Plaintiff's SUTTER HILL and SUTTER HILL VENTURES® marks.

36.     Defendant's actions as described herein are likely to cause confusion and deception among the consuming public and are likely to lead the consuming public to believe that Plaintiff has authorized, approved, or somehow sponsored Defendant's services rendered under the SUTTER ROCK and SUTTER ROCK CAPITAL marks.

37.     Defendant's use of the terms SUTTER ROCK and SUTTER ROCK CAPITAL described herein creates a false suggestion of an affiliation or connection between Defendant and Plaintiff.

38.     Defendant's actions constitute unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a).

39.     Plaintiff has been, and will continue to be, damaged and irreparably harmed by the actions of Defendant, which will continue unless Defendant is enjoined by this Court.  Plaintiff has no adequate remedy at law in that the amount of damage to Plaintiff's business and reputation and

the diminution of the goodwill of Plaintiff's Marks is difficult to ascertain with specificity. Plaintiff is therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

40. Plaintiff is entitled to recover damages in an amount to be determined at trial and profits made by Defendant in the rendering of services through use of the SUTTER ROCK and SUTTER ROCK CAPITAL marks.

## THIRD CAUSE OF ACTION

### UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200 *ET SEQ.*)

41. Plaintiff realleges and incorporates by reference paragraphs 1 through 40 of this Complaint as if fully set forth herein.

42. By the acts described herein, Defendant has engaged in unlawful and unfair business practices that have injured and will continue to injure Plaintiff's business and property in violation of Cal. Bus. & Prof. Code § 17200 *et seq*.

43. Defendant's acts alleged herein have caused monetary damages to Plaintiff in an amount to be proven at trial.

44. Defendant's acts have caused, and will continue to cause, irreparable injury to Plaintiff and its business, reputation, and trademark, unless and until Defendant is permanently enjoined.

45. Plaintiff has been, and will continue to be, damaged and irreparably harmed by the actions of Defendant unless Defendant is enjoined by this Court. Plaintiff has no adequate remedy at law, in that the amount of damage to Plaintiff's business and reputation and the diminution of the goodwill of Plaintiff's Marks is difficult to ascertain with specificity. Plaintiff is therefore entitled to injunctive relief.

46. Plaintiff is entitled to recover damages in an amount to be determined at trial and profits made by Defendant in the rendering of services through use of the infringing SUTTER ROCK and SUTTER ROCK CAPITAL marks.

## FOURTH CLAIM FOR RELIEF

### TRADEMARK INFRINGEMENT UNDER CALIFORNIA COMMON LAW

47. Plaintiff realleges and incorporates by reference paragraphs 1 through 46 of this

1    Complaint as if fully set forth herein.

2    **48.**    As a result of its use of the name and mark SUTTER HILL and the name and mark

3    SUTTER HILL VENTURES® in rendering its venture capital services in California, Plaintiff owns

4    California common law rights in the SUTTER HILL mark from at least as early as 1964 and in the

5    SUTTER HILL VENTURES® mark from at least as early as April 1, 1970.

6    **49.**    The acts and conduct of Defendant as alleged in this Complaint, and in particular its

7    use of the infringing marks SUTTER ROCK and SUTTER ROCK CAPITAL in connection with

8    investing in, or rendering venture capital, financial advisory, or business advisory services or

9    related services to, businesses located in California, constitute trademark infringement under the

10   common law of California.

11   **50.**    Defendant's acts alleged herein have caused monetary damages to Plaintiff in an

12   amount to be proven at trial.

13   **51.**    Defendant's acts have caused, and will continue to cause, irreparable injury to

14   Plaintiff and its business, reputation, and trademarks, unless and until Defendant is permanently

15   enjoined.

16   **52.**    Plaintiff has been, and will continue to be, damaged and irreparably harmed by the

17   actions of Defendant unless Defendant is enjoined by this Court.  Plaintiff has no adequate remedy

18   at law, in that the amount of damage to Plaintiff's business and reputation and the diminution of

19   the goodwill of Plaintiff's Marks is difficult to ascertain with specificity.  Plaintiff is therefore

20   entitled to injunctive relief.

21   **53.**    Plaintiff is entitled to recover damages in an amount to be determined at trial and

22   profits made by Defendant in the rendering of services through use of the SUTTER ROCK and

23   SUTTER ROCK CAPITAL marks.

24   **PRAYER FOR RELIEF**

25   WHEREFORE, Plaintiff prays for judgment against Defendant and requests all of the

26   following relief:

27   **A.**    A preliminary and permanent injunction enjoining Defendant and all of its

28   respective officers, agents, servants, representatives, employees, attorneys, parent and subsidiary

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

**COMPLAINT**

corporations, assigns and successors in interest, and all other persons acting in concert with it from (i) using the SUTTER ROCK and SUTTER ROCK CAPITAL marks and trade names, or any other mark or name confusingly similar to Plaintiff's SUTTER HILL and SUTTER HILL VENTURES® marks, in connection with the marketing, promotion, advertising, sale, or distribution of any products and services; and (ii) engaging in any further acts of infringement of Plaintiff's SUTTER HILL and SUTTER HILL VENTURES® marks;

**B.**     An award of damages and all other appropriate monetary relief to Plaintiff, including without limitation actual damages according to proof, disgorgement of Defendant's profits, and the cost of corrective advertising;

**C.**     A determination that Defendant's infringement was willful, intentional, and deliberate, warranting an award to Plaintiff of three times Defendants' profits and three times Plaintiff's damages under 15 U.S.C. § 1117;

**D.**     A determination that this is an exceptional case, warranting an award of attorneys' fees and costs to Plaintiff under 15 U.S.C. § 1117;

**E.**     An award of prejudgment and post judgment interest to Plaintiff; and

**F.**     Such other and further relief as the Court may deem just and equitable.

Dated: March 12, 2020

COOLEY LLP
JOHN W. CRITTENDEN (101634)
ANGELA L. DUNNING (212047)
KELLEY B. HARRINGTON (316364)


By: */s/ John W. Crittenden*
    John W. Crittenden (101634)

Attorneys for Plaintiff
SUTTER HILL VENTURES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury of all issues triable of right by a jury.

Dated: March 12, 2020

COOLEY LLP
JOHN W. CRITTENDEN (101634)
ANGELA L. DUNNING (212047)
KELLEY B. HARRINGTON (316364)


By:  */s/ John W. Crittenden*
        John W. Crittenden (101634)

Attorneys for Plaintiff
SUTTER HILL VENTURES

# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2020-03-12 11:21:59 EDT

**Mark:** SUTTER HILL VENTURES

SUTTER HILL VENTURES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77126121 | **Application Filing Date:** | Mar. 08, 2007 |
| **US Registration Number:** | 3355261 | **Registration Date:** | Dec. 18, 2007 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Aug. 10, 2017

**Publication Date:** Oct. 02, 2007

## Mark Information

**Mark Literal Elements:** SUTTER HILL VENTURES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "VENTURES"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** venture capital services, namely, providing financing to companies and entrepreneurs; providing financial advisory services to companies and entrepreneurs; forming capital investment funds to invest in companies and entrepreneurs, managing capital investment funds

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 01, 1970    **Use in Commerce:** Apr. 01, 1970

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Sutter Hill Ventures, A California Limited Partnership

**Composed of:** Sutter Hill L.L.C.

**Owner Address:** 755 Page Mill Road, Suite A-200
Palo Alto, CALIFORNIA UNITED STATES 94301

**Legal Entity Type:** LIMITED PARTNERSHIP     **State or Country** CALIFORNIA
**Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** Sutter Hill Ventures, A California Limited Partner
755 Page Mill Road, Suite A-200
Palo Alto, CALIFORNIA UNITED STATES 94301

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 10, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 10, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75461 |
| Aug. 10, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Aug. 05, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Jun. 27, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 27, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 18, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 24, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Nov. 23, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68335 |
| Nov. 11, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 68335 |
| Nov. 22, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68335 |
| Nov. 11, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 30, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 18, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 02, 2007 | PUBLISHED FOR OPPOSITION | |
| Sep. 12, 2007 | NOTICE OF PUBLICATION | |
| Aug. 27, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70884 |
| Aug. 27, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 22, 2007 | EXAMINER'S AMENDMENT ENTERED | 70884 |
| Aug. 22, 2007 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 22, 2007 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 22, 2007 | EXAMINERS AMENDMENT -WRITTEN | 82422 |
| Aug. 01, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70884 |
| Aug. 01, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70884 |
| Jul. 31, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 28, 2007 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 28, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 28, 2007 | NON-FINAL ACTION WRITTEN | 82422 |
| Jun. 20, 2007 | ASSIGNED TO EXAMINER | 82422 |
| May 24, 2007 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70884 |
| May 24, 2007 | ASSIGNED TO LIE | 70884 |
| May 08, 2007 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Mar. 12, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  GENERIC WEB UPDATE                    **Date in Location:**  Aug. 10, 2017

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,355,261

Registered Dec. 18, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

## SUTTER HILL VENTURES

SUTTER HILL VENTURES, A CALIFORNIA LIMITED PARTNERSHIP (CALIFORNIA LIMITED PARTNERSHIP)
755 PAGE MILL ROAD, SUITE A-200
PALO ALTO, CA 94304

FOR: VENTURE CAPITAL SERVICES, NAMELY, PROVIDING FINANCING TO COMPANIES AND ENTREPRENEURS; PROVIDING FINANCIAL ADVISORY SERVICES TO COMPANIES AND ENTREPRENEURS; FORMING CAPITAL INVESTMENT FUNDS TO INVEST IN COMPANIES AND ENTREPRENEURS, MANAGING CAPITAL INVESTMENT FUNDS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-1-1970; IN COMMERCE 4-1-1970.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VENTURES", APART FROM THE MARK AS SHOWN.

SER. NO. 77-126,121, FILED 3-8-2007.

BERNICE MIDDLETON, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2020-03-12 11:20:57 EDT

**Mark:** SUTTER HILL VENTURES

SUTTER HILL VENTURES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77126273 | **Application Filing Date:** | Mar. 08, 2007 |
| **US Registration Number:** | 3355262 | **Registration Date:** | Dec. 18, 2007 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Aug. 05, 2017

**Publication Date:** Oct. 02, 2007

## Mark Information

**Mark Literal Elements:** SUTTER HILL VENTURES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "VENTURES"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** strategic advisory services relating to business management and business operations

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 01, 1970 | **Use in Commerce:** | Apr. 01, 1970 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Sutter Hill Ventures, A California Limited Partnership

**Composed of:** Sutter Hill L.L.C.

**Owner Address:** 755 Page Mill Road, Suite A-200
Palo Alto, CALIFORNIA UNITED STATES 94306

**Legal Entity Type:** LIMITED PARTNERSHIP  **State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** John W. Crittenden

**Attorney Primary Email Address:** trademarks@cooley.com  **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Sutter Hill Ventures, A California Limited Partner
755 Page Mill Road, Suite A-200
Palo Alto, CALIFORNIA UNITED STATES 94306

**Correspondent e-mail:** trademarks@cooley.com myoung@cooley.com  **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 05, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 05, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75461 |
| Aug. 05, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Aug. 05, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Jun. 27, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 27, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 18, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 22, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Nov. 22, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68335 |
| Nov. 11, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 68335 |
| Nov. 22, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68335 |
| Nov. 11, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 30, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 18, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 02, 2007 | PUBLISHED FOR OPPOSITION | |
| Sep. 12, 2007 | NOTICE OF PUBLICATION | |
| Aug. 27, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70884 |
| Aug. 27, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 22, 2007 | EXAMINER'S AMENDMENT ENTERED | 70884 |
| Aug. 22, 2007 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 22, 2007 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 22, 2007 | EXAMINERS AMENDMENT -WRITTEN | 82422 |
| Aug. 01, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70884 |
| Aug. 01, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70884 |
| Jul. 31, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 28, 2007 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 28, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 28, 2007 | NON-FINAL ACTION WRITTEN | 82422 |
| Jun. 20, 2007 | ASSIGNED TO EXAMINER | 82422 |
| May 24, 2007 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70884 |
| May 24, 2007 | ASSIGNED TO LIE | 70884 |
| May 08, 2007 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Mar. 13, 2007 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE                    **Date in Location:** Aug. 05, 2017

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,355,262

Registered Dec. 18, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## SUTTER HILL VENTURES

SUTTER HILL VENTURES, A CALIFORNIA LIMITED PARTNERSHIP (CALIFORNIA LIMITED PARTNERSHIP)
755 PAGE MILL ROAD, SUITE A-200
PALO ALTO, CA 94304

FOR: STRATEGIC ADVISORY SERVICES RELATING TO BUSINESS MANAGEMENT AND BUSINESS OPERATIONS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-1-1970; IN COMMERCE 4-1-1970.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VENTURES", APART FROM THE MARK AS SHOWN.

SER. NO. 77-126,273, FILED 3-8-2007.

BERNICE MIDDLETON, EXAMINING ATTORNEY

# EXHIBIT B



**Sutter Rock Capital to Ring the NASDAQ Stock Market Opening Bell**

September 3, 2019

SAN FRANCISCO, Sept. 03, 2019 (GLOBE NEWSWIRE) -- Sutter Rock Capital Corp**. ("**Sutter Rock**" or the "Company")** (Nasdaq:SSSS) today announced that the Sutter Rock Team will ring the opening bell tomorrow, Wednesday, September 4 to commemorate the company's re-branding from GSV Capital Corp. to Sutter Rock Capital Corp., which was announced on July 31.

"We are honored to mark our transformation into an internally managed business development corporation with significant investable capital with this Nasdaq bell ringing," commented Klein. "We eagerly anticipate the value creation journey ahead of us as we make investments in institutionally-backed private companies with clear paths to liquidity, and as we continue to manage our current investments in market-leading companies such as Palantir, Coursera, Lyft, Lime, Nextdoor, and Aspiration."

The opening bell will ring at 9:30 a.m. EDT. The ceremony may be viewed live at https://new.livestream.com/nasdaq/live.

Photos and videos of the ceremony will be made available on the company's website at  www.sutterrock.com.

**About Sutter Rock Capital Corp**

Sutter Rock Capital Corp. (Nasdaq:SSSS) is a publicly traded investment fund that seeks to invest in high-growth, venture-backed private companies. The fund seeks to create a portfolio of high-growth emerging private companies via a repeatable and disciplined investment approach, as well as to provide investors with access to such companies through its publicly traded common stock. Sutter Rock Capital is headquartered in San Francisco, CA. www.sutterrock.com

Follow Sutter Rock Capital on Twitter: @Sutter_Rock_Cap

Find Sutter Rock Capital on LinkedIn: www.linkedin.com/company/sutterrock/

**Forward-Looking Statements**

*Statements included herein may constitute "forward-looking statements," which relate to future events or our future performance or financial condition. These statements are not guarantees of our future performance, condition or results of operations and involve a number of risks and uncertainties. Actual results may differ materially from those in the forward-looking statements as a result of a number of factors, including those described from time to time in our filings with the SEC. Sutter Rock Capital Corp. undertakes no duty to update any forward-looking statements made herein, unless required to do so by law.*

**Contact**

Investors
Sutter Rock Capital Corp.
(650) 235-4769
IR@sutterrock.com

Media
Bill Douglass
Gotham Communications, LLC
bill@gothamcomm.com
(646) 504-0890



Source: Sutter Rock Capital Corp.

# EXHIBIT C



**GSV Capital Corp. Announces Rebranding to Sutter Rock Capital Corp.**

July 31, 2019

SAN FRANCISCO, July 31, 2019 (GLOBE NEWSWIRE) -- **Sutter Rock Capital Corp. ("Sutter Rock Capital" or the "Company")** (Nasdaq:SSSS) today announced its rebranding from GSV Capital Corp., effective immediately.



Sutter Rock Capital Logo

"The transition to Sutter Rock Capital coincides with the internalization of the Company's management," said Mark Klein, President and Chief Executive Officer of Sutter Rock Capital. "We believe a new name appropriately reflects the opportunity ahead of Sutter Rock Capital as we look towards the future."

"As an internally managed BDC with significant investable capital, we look forward to constructing our portfolio by continuing to execute on our stated strategy of making investments in leading, institutionally-backed private companies with clear paths to liquidity," Klein continued.

**About Sutter Rock Capital Corp.**

Sutter Rock Capital Corp. (Nasdaq:SSSS) is a publicly traded investment fund that seeks to invest in high-growth, venture-backed private companies. The fund seeks to create a portfolio of high-growth emerging private companies via a repeatable and disciplined investment approach, as well as to provide investors with access to such companies through its publicly traded common stock. Sutter Rock Capital is headquartered in San Francisco, CA. www.sutterrock.com

**Forward-Looking Statements**

Statements included herein may constitute "forward-looking statements," which relate to future events or our future performance or financial condition. These statements are not guarantees of our future performance, condition or results of operations and involve a number of risks and uncertainties. Actual results may differ materially from those in the forward-looking statements as a result of a number of factors, including those described from time to time in our filings with the SEC. Sutter Rock Capital Corp. undertakes no duty to update any forward-looking statements made herein, unless required to do so by law.

**Contact**

Sutter Rock Capital Corp.
(650) 235-4769
IR@sutterrock.com

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/efb30da7-ca7c-4b93-bfb5-e7798d11cf06



Source: GSV Capital Corp

# EXHIBIT D





© **2020 Sutter Rock.** all rights reserved. All other marks are property of their respective owners.

   



SUTTER
ROCK
CAPITAL

# PORTFOLIO





© 2020 Sutter Rock. all rights reserved. All other marks are property of their respective owners.





## Q4 2019

🔊 Sutter Rock Capital Corp. Fourth Quarter and Fiscal Year 2019 Financial Results

🔗 Sutter Rock Capital Corp. Reports Fourth Quarter and Fiscal Year 2019 Financial Results

🔗 Sutter Rock Capital Corp. Reports Fourth Quarter and Fiscal Year 2019 Financial Results

VIEW EARNINGS

# Stock Information

NASDAQ: SSSS

# $5.36 -0.7 (-11.55%)

Mar 12, 2020 11:59 AM EDT



Copyright West LLC. Minimum 15 minutes delayed.

# Team



Team



**Mark Klein**

Chief Executive Officer, President & Director



**Allison Green, CPA**

Chief Financial Officer, Treasurer and
Corporate Secretary



**Carl Rizzo**

Chief Compliance Officer



**Kerry Wang**

Vice President of Finance & Controller







Jackson Stone

Investments



Claire Councill

Investments


VIEW ALL

## Recent Events

**Sutter Rock Capital Corp. Fourth Quarter and Fiscal Year 2019 Financial Results**
Mar 11, 2020 at 2:00 PM PDT

**Sutter Rock Capital Corp. Third Quarter 2019**
Nov 06, 2019 at 2:00 PM PST

**Sutter Rock Capital Corp. Second Quarter 2019**
Aug 07, 2019 at 2:00 PM PDT

VIEW ALL EVENTS

 2019 Annual Shareholder Meeting Proxy Statement

2019 Proxy Statement
Apr 23, 2019

# Press Releases

## 10
MAR '20

Sutter Rock Capital Corp. Reports Fourth Quarter and Fiscal Year 2019 Financial Results

Net Asset Value of $11.38 per Share as of December 31, 2019   Board of Directors Approves Additional $5.0 Million for Share Repurchase Program; Bringing Share Repurchase Program and Tender Offer Total to $40.0 Million SAN FRANCISCO , March 10, 2020 (GLOBE NEWSWIRE) -- Sutter Rock Capital Corp.

## 06
MAR '20

Sutter Rock Capital Corp. to Report Fourth Quarter and Fiscal Year 2019 Financial Results on Wednesday, March 11, 2020

Sutter Rock Capital Corp. to Report Fourth Quarter and Fiscal Year 2019 Financial Results on Wednesday, March 11, 2020

SAN FRANCISCO , March 06, 2020 (GLOBE NEWSWIRE) -- Sutter Rock Capital Corp . ("Sutter Rock") (Nasdaq:SSSS) today announced that it will report its financial results for the quarter and fiscal year ended December 31, 2019 after the close of the U.S. market on Wednesday, March 11, 2020 .

## 28
### FEB '20

### Sutter Rock Capital Corp. Expands Into Private Credit with Appointment of Industry Veteran Keri Findley as Senior Member of Investment Committee

Former Third Point Partner Is a Pioneer in Private Credit and Alternative Lending Models SAN FRANCISCO, Calif. , Feb. 28, 2020 (GLOBE NEWSWIRE) -- Sutter Rock Capital Corp . ("Sutter Rock" or the "Company") (Nasdaq:SSSS) today announced the appointment of Keri Findley as a Senior Managing Director

**VIEW ALL RELEASES**



STOCK INFORMATION

QUARTERLY RESULTS

...sutterrock.com/.../sutter-rock-capital-corp-expands-privat...

